# UNITED STATES DISTRICT COURT

_____Western_____          District of          _____Arkansas_____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

ROBERT BERRYHILL

Case Number:      2:05CR20071-001

USM Number:     03522-063

James Pierce
_____
Defendant's Attorney

## THE DEFENDANT:

X   admitted guilt to violation(s) <u>New Law Violations; Standard Conditions #1, #3, and #11, and Special Condition</u> of the term of

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| New Law Violation | Arrested and Charged with Count 1: Bringing Contraband into Jail; Count 2: Possession of Controlled Dangerous Substance; Count 3: Maintaining a Motor Vehicle where Controlled Dangerous Substances are Kept, Used or Sold; Count 4: Possession of Marijuana; Count 5: Possession of Drug Paraphernalia; Count 6: Defective Equipment; Count 7: No Liability Insurance; Count 8: Speeding; Count 9: Display Altered License Decal; Count 10: Taxes Due State | 10/14/2005 |
| Standard Condition #1 | Leaving Judicial District without Permission of Court or Probation Officer | 10/14/2005 |
| Standard Condition #11 | Failure to Notify of Arrest or Questioning by Law Enforcement Officer | 10/14/2005 |
| Standard Condition #3 | Failure to Follow Directions of Probation Officer | 10/14/2005 |
| Special Condition | Positive Urine Sample on 10/40/2005 | 10/04/2005 |
| New Law Violation | Arrest and Charged with Public Intoxication & Felon in Possession of Firearm | 10/20/2005 |

     The defendant is sentenced as provided in pages 2 through ____3____ of this judgment.  The sentence is imposed within the statutory range and the U.S. Sentencing Guidelines were considered as advisory.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  <u>XXX/XX/7283</u>

Defendant's Date of Birth:  <u>XX/XX/1964</u>

Defendant's Residence Address:

<u>XXXXXXX</u>

<u>Grant OK 74738</u>

_____

_____

Defendant's Mailing Address:

<u>Same as above</u>

_____

January 31, 2006
_____
Date of Imposition of Judgment

/S/ Robert T. Dawson
_____
Signature of Judge

Honorable Robert T. Dawson, United States District Judge
_____
Name and Title of Judge

January  31, 2006
_____
Date

DEFENDANT:        ROBERT BERRYHILL
CASE NUMBER:      2:05CR20071-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :      twenty-four (24) months with credit for time served since November 23, 2005.

☐  The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.  on  _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____  to  _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment — Page ___3___ of ___3___

DEFENDANT:          ROBERT BERRYHILL
CASE NUMBER:        2:05CR20071-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $   - 0 - | $   - 0 - | $   - 0 - |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐  the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.